IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LEVERTIS WORTHAM                                                           PLAINTIFF

v.                                    Case No. 4:25-cv-00790-LPR

JIMMY LEE COTTON, JR., et al.                                            DEFENDANTS

## ORDER

On August 5, 2025, Plaintiff Levertis Wortham filed a *pro se* Complaint and a Motion for Leave to Proceed *in forma pauperis*.[1]  On January 8, 2026, the Court entered an Order denying the IFP Motion, finding that Mr. Wortham has sufficient funds to pay the $405 filing and administrative fee in full.[2]  The Court directed Mr. Wortham to pay the $405 fee within thirty (30) days and warned Mr. Wortham that his failure to comply with the Order would result in the dismissal of his Complaint without prejudice.[3]

Mr. Wortham has not complied with or otherwise responded to the Court's January 8, 2026 Order, and the time for doing so has expired.  Accordingly, Mr. Wortham's Complaint is hereby DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 11th day of February 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Compl. (Doc. 2); Mot. for Leave to Proceed *in forma pauperis* (Doc. 1).

[2] Order (Doc. 28).

[3] *Id.*