**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LEVERTIS WORTHAM** **PLAINTIFF**

**v.** **Case No. 4:25-cv-00790-LPR**

**JIMMY LEE COTTON, JR., et al.** **DEFENDANTS**

**ORDER**

Plaintiff Levertis Wortham paid the filing fee in this *pro se* case on February 11, 2026.[1] On February 12, 2026, the Court returned summonses to Mr. Wortham with directions that he must serve Defendants with copies of his Complaint and summonses within ninety (90) days.[2] Mr. Wortham was warned that failure to complete service within the allotted time could result in the dismissal of his case.[3] On August 5, 2026, after the service deadline had lapsed, the Court entered an Order directing Mr. Wortham to (1) advise the Court in a written filing of his intent to continue (or not continue) with this lawsuit; (2) explain in the written filing if he had failed to secure service on Defendants and (if so) why he had failed to do so; and (3) file a motion for an extension of time for service, supported by a brief showing good cause for the same.[4] Mr. Wortham was warned that failure to timely respond to the Court's Order could result in the dismissal of his case.[5]

Although Mr. Wortham submitted a "statement regarding continuation of lawsuit" on August 18, 2026, the filing is non-responsive to the Court's August 5th directives.[6] To date,

---

[1] Filing Fee Receipt (Doc. 31).

[2] Order (Doc. 32); *see* Fed. R. Civ. P. 4(c)(1), (m).

[3] Order (Doc. 32).

[4] Order (Doc. 35).

[5] *Id.*; *see* Local Rule 5.5(c)(2).

[6] *See* Doc. 36.

Mr. Wortham has not submitted proof of service nor shown good cause for the failure to timely serve the Defendants—nor has he requested additional time to do so. Instead, Mr. Wortham states that he "respectfully leave[s] the matter with the Court and ask[s] that the Court make whatever determination it finds appropriate based upon the evidence and information currently before it."[7]

Mr. Wortham has not submitted proof of service nor complied with the Court's August 5, 2026 Order regarding the same, and the time for doing both has expired. Accordingly, Mr. Wortham's Complaint is hereby DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) for failure to prosecute this case. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 1st day of September 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

[7] *Id*. at 1.